```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YEHUDA NELKENBAUM,                            :
                Plaintiff,                    :
                                              :       ORDER
v.                                            :
                                              :       19 CV 7953 (VB)
                                              :
POLICE OFFICER JORDY; POLICE                  :
OFFICER CHAVALIER; SERGEANT                   :
SCHEVERING; ASSISTANT SULLIVAN                :
COUNTY DISTRICT ATTORNEY LEIGH                :
WELLINGTON; AND JOHN DOE # 1-10;              :
AND JANE DOE # 1- 10,                         :
                Defendants.                   :
--------------------------------------------------------------x
```

On May 5, 2020, defendant Leigh Wellington moved to dismiss plaintiff's amended complaint and mailed to plaintiff, who is proceeding pro se and in forma pauperis, copies of the motion and supporting documents. (Doc. #12). Plaintiff's opposition to the motion was due May 19, 2020. See Fed. R. Civ. P. 6(d); Local Civil Rule 6.1(b).

To date, plaintiff has failed to oppose the motion or seek an extension of time to do so.

Accordingly, it is HEREBY ORDERED:

The Court sua sponte extends to June 24, 2020, plaintiff's time to oppose the motion to dismiss. **If plaintiff fails to respond to the motion by June 24, 2020, the motion will be deemed fully submitted and unopposed.**

If plaintiff opposes the motion, defendants' reply, if any, shall be due July 1, 2020.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 3, 2020
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge