UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YEHUDA NELKENBAUM,                                            :
            Plaintiff,                                       :
                                                              :
v.                                                            :     **ORDER**
                                                              :
POLICE OFFICER JORDY; POLICE                                  :     19 CV 7953 (VB)
OFFICER CHAVALIER; SERGEANT                                   :
SCHEVERING; JOHN DOE ## 1–10; and                             :
JANE DOE ## 1–10,                                             :
            Defendants.                                      :
--------------------------------------------------------------x

      On November 23, 2020, defendants P.O. Jordy and P.O. Chavalier were served with the amended complaint and summons. (Docs. ##28, 30). Accordingly, their response to the amended complaint was due December 14, 2020.

      On December 9, 2020, counsel appeared on behalf of defendants P.O. Jordy, P.O. Chavalier, and Sgt. Schevering. However, to date, defendants P.O. Jordy, P.O. Chavalier, and Sgt. Schevering have not answered, moved, or otherwise responded to the complaint.

      Accordingly, the Court sua sponte extends to December 30, 2020, defendants time to answer, move, or otherwise respond to the complaint.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Dated: December 23, 2020
       White Plains, NY

                                                SO ORDERED:

                                                Vincent L. Briccetti
                                                United States District Judge