UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
YEHUDA NELKENBAUM, :
                Plaintiff, :
 :
v. : **ORDER**
 :
POLICE OFFICER JORDY; POLICE : 19 CV 7953 (VB)
OFFICER CHAVALIER; SERGEANT :
SCHEVERING; JOHN DOE ## 1–10; and :
JANE DOE ## 1–10, :
                Defendants. :
--------------------------------------------------------------x

      This case is scheduled for an initial pre-trial conference, to proceed by telephone, on January 29, 2021, at 12:00 p.m.  (See Doc. #36).  By January 22, 2021, plaintiff and defense counsel shall file on the ECF docket their proposed Civil Case Discovery Plan and Scheduling Order.

      Chambers will mail a copy of this Order to the plaintiff at the address on the docket.

Dated: January 6, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge